ORIGINAL

AO 83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

— District of Hawaii —

| | |
|---|---|
| UNITED STATES OF AMERICA | SUMMONS IN A CRIMINAL CASE |
| V. | Case Number: CR 03-00495 DAE 04 |
| WILLIAM DUNN<br>(Name and Address of Defendant) | |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 0 5 2006

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

at ____ o'clock and ____ Min. ____ M

SUE BEITIA, CLERK

| Place<br>United States District Court<br>300 Ala Moana Blvd<br>Honolulu, HI 96850<br>Ph. (808) 541-1300 (Honolulu Number) | Room<br><br>AS DESIGNATED |
|---|---|
| Before: Kevin S. C. Chang, United States Magistrate Judge | Date and Time<br><br>May 30, 2006 @ 10:30 a.m., KSC |

To Answer a(n) Pretrial Release Violation Petition

Charging you with a violation of Title  United States Code, Section(s) .

Brief description of offense:
Order to Show Cause Why pretrial release should not be revoked.

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | |
| Certified Fee | | Postmark<br>Here |
| Return Receipt Fee<br>(Endorsement Required) | | |
| Restricted Delivery Fee<br>(Endorsement Required) | | |
| Total Postage & Fees | $ | |

Sent To
W. Dunn  04/25/06  03-00495-04
Street, Apt. No.;
or PO Box No.
City, State, ZIP+4

PS Form 3800, June 2002                See Reverse for Instructions

7004 2510 0000 8122 5010

RECEIVED
2006 APR 25  PH 12: 21
U.S. MARSHALS SERVICE
HONOLULU, HI.

4/24/06
Date

AO 83 (Rev. 12/85) Summons in a Criminal Case                          CR 03-00495 DAE 04

## RETURN OF SERVICE

Service as made by me on:[1]                          Date

Check one box below to indicate appropriate method of service

☐     Served personally upon the defendant at: _____

_____

☐     Left summons at the defendant's dwelling house or usual place of abode with a person of
      suitable age and discretion then residing therein and mailed a copy of the summons to the
      defendant's last known address
      Name of person with whom the summons was left:_____

_____
_____
_____

      I declare under penalty of perjury under the laws of the United States of America that the
foregoing information contained in the return of Service is true and correct.

Returned on _____          _____Mark M. Hanohano_____
                    Date                          Name of United States Marshal

                                                  _____
                                                  (by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

William Dunn
3701 N. El Dorado Dr
Chandler, AZ  85224

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X _____    ☐ Agent
                       ☒ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
                                  5/2/06

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)

7004 2510 0000 81__ __

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540



UNITED STATES POSTAL SERVICE AZ 850

02 MAY 2006 PM 7

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

U.S. MARSHALS SERVICE
P.O. Box 50184
Honolulu, HI 96850

Attn:

U.S. MARSHALS SERVICE
HONOLULU, HI.

2006 MAY -5 AM 10: 58

RECEIVED