# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

5/31/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CR 03-00495DAE

CASE NAME:        USA v. (04)William Dunn

ATTYS FOR PLA:    Chris Thomas

ATTYS FOR DEFT:   (04)Dwight C.H. Lum

USPO:             Anne Shimokawa

PTS:              Tony Barry

JUDGE:   David Alan Ezra        REPORTER:   Cynthia Fazio

DATE:    5/31/2006              TIME:       8:30am-9:15am

COURT ACTION:  EP: Sentencing to Count 9 of the Indictment as to Defendant (04)William Dunn.

Defendant (04)William Dunn present, not in custody.

The Memorandum Plea Agreement is accepted.

Presentence Report adopted.  Sentencing recommendations heard.  Allocution by Defendant (04)William Dunn.

SENTENCE:

Imprisonment:  30 MONTHS

Supervised Release:  3 YEARS

CONDITIONS:

     1.    Defendant shall abide by the standard conditions of supervision.

     2.    Defendant shall not commit any federal, state, or local crimes.

     3.    Defendant shall not possess illegal controlled substances.

4.      Defendant shall cooperate in the collection of DNA as directed by the probation officer.

5.      Defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter, but no more than 8 valid drug tests per month during the term of supervised release, as directed by the Probation Office. During the first year of supervision, if all drug tests are negative, drug testing can be suspended for the rest of supervision, at the discretion of the Probation Office.

6.      Defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

7.      Defendant shall participate in and comply with alcohol abuse treatment, which includes drug and alcohol testing in a program approved by the Probation Office. Defendant is to refrain from the possession and/or use of alcohol during the term of supervision..

8.      Defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

9.      Defendant is prohibited from the possession and use of alcohol.

Special Assessment: $100.00.

JUDICIAL RECOMMENDATIONS: FCI Tucson. Educational and Vocational training. Alcohol treatment. Mental health treatment.

Defendant advised of his right to appeal.

If defendant's pretrial release is not revoked, Mittimus is stayed until 7/17/2006.

Defendant to self-surrender @2:00 p.m., local time on 7/17/2006 at the facility designated by the Bureau of Prisons. The time is the time at the facility.

Government's Oral Motion to Dismiss All Remaining Counts as to this Defendant Only - GRANTED.

Current bail conditions of release to continue.

Submitted by: Theresa Lam, Courtroom Manager