# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

5/31/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CR03-00495DAE

CASE NAME:        USA v. (04) William Dunn

ATTYS FOR PLA:    Chris Thomas

ATTYS FOR DEFT:   (04) Dwight Lum

INTERPRETER:

JUDGE:    Kevin S. C. Chang          REPORTER:    FTR C5

DATE:     5/31/2006                  TIME:        10:01:16-10:16:12am

COURT ACTION:  EP: Order to Show Cause Why Pretrial Release Should Not Be Revoked as to Defendant 04 - defendant present, not in custody.

Defendant admits to the violation

Based on defendant's admission, the court directs that defendant is remanded to the custody of the USMS in the district of Arizona at 9:00am on 6/2/06.  Bond is exonerated.

Defendant will start to get credit for his federal time as soon as he turns himself in to the USMS in the District of Arizona.

Submitted by: Shari Afuso, Courtroom Manager